JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC SINSUN,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>JIM PICKETT,<br><br>　　　　　Respondent. | Case No. 2:20-cv-08354-CJC (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated:  March 7, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE